Kevin R. Anderson (4786)
Jocelyn J. Rick (9508)
Kellie K. Nielsen (11416)
OFFICE OF THE CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH**
**CENTRAL DIVISION**

| | |
|---|---|
| IN RE:<br>CORI ANN BRYAN<br><br>Debtor | CASE NO: 11-24762<br><br>Chapter 13<br><br>JUDGE R. KIMBALL MOSIER |

**TRUSTEE'S OBJECTION TO CONFIRMATION**

KEVIN R. ANDERSON, Chapter 13 Trustee, hereby objects to confirmation of the Debtors' plan and in support thereof represents as follows:

1. The Debtor failed to file a *Declaration of Filed Tax Returns* as required by Local Rule 6070-1(c)(3).

2. The Debtor failed to provide at the 341 Meeting a copy of the 2010 county property tax assessment for the real property listed on Schedule A (see Local Rule 2083-1(c)).

3. The Debtor failed to produce at the 341 Meeting statements from financial account(s) for the period that covers the petition date for Pacific Horizon Credit Union and Utah Community Credit Union (see Fed. R. Bankr. P. 4002(b)(2)(A)).

THEREFORE, the Trustee objects to confirmation of the Debtors' plan. If the Debtor is unable to resolve the Trustee's objection by the confirmation hearing scheduled for June 14, 2011, the Trustee will move to dismiss or convert this case.

DATED: 05/17/2011

                                                  KRA /S/
                                                  KEVIN R. ANDERSON
                                                  CHAPTER 13 TRUSTEE

## CERTIFICATE OF MAILING

The undersigned hereby certifies that true and correct copy of the foregoing Trustee's Objection to Confirmation was served upon all persons entitled to receive notice in this case via ECF notification or by U.S. Mail to the following parties on May 17, 2011:

                        CORI ANN BRYAN
                        417 EAST 610 SOUTH
                        SANTAQUIN, UT  84655


                        ROBERT S. PAYNE
                        ECF Notification


                                                  /s/ _____
                                                  Office of Chapter 13 Trustee